**ST. JUDE PACKAGING & SPECIALTIES, INC.,**
Appellant,

v.

**WORLD COLOR, INC., Appellee.**

No. 11–1950.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 4, 2011.

Filed: Nov. 10, 2011.

David M. Fuqua, Fuqua & Campbell, Little Rock, AR, Bruce H. Phillips, Lyon & Phillips, Nashville, TN, for Appellant.

1. The Honorable Billy Roy Wilson, United States District Judge for the Eastern District

George Jay Bequette, Jr., Bequette & Billingsley, Little Rock, AR, for Appellee.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

**PER CURIAM.**

St. Jude Packaging & Specialties, Inc. (St. Jude) appeals the district court's[1] order enforcing a settlement agreement with World Color, Inc., arguing that its debt-collection agency lacked authority to bind St. Jude to the settlement agreement. Upon our careful review, *see Chaganti & Assocs., P.C. v. Nowotny,* 470 F.3d 1215, 1221 (8th Cir.2006) (standard of review), we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B.